IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARLOS MARTINEZ BARRERA,

    Plaintiff,

v.

MULTNOMAH COUNTY INVERNESS JAIL,

    Defendant.

Case No. 3:23-cv-00146-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 8), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 8) is adopted in full. The case is dismissed with prejudice.

IT IS SO ORDERED.

    DATED this 28th day of June, 2023.

                                                      s/Michael J. McShane
                                                        Michael McShane
                                                United States District Judge

1 –ORDER